UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AZUCENA VICTORIA GUILLEN,

                Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19
```

Civil Action No.:
1:18-cv-00315-PAE-DCF

**ORDER**

The Court, having read the memorandum and affirmation of Charles E. Binder, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto, *and the Court having also received the 11/6/19 letter submitted by counsel for the Commissioner (Dkt. 23),*

**IT IS ORDERED** that attorney's fees in the amount of $3,000.00, which represents less than 25% of the past due benefits awarded to Plaintiff, be remitted to Charles E. Binder, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit to Plaintiff $809.44, which represents the previously awarded Equal Access to Justice Act fees.

Nothing in this order will preclude Plaintiff's duly appointed representative(s) from requesting fees under 42 U.S.C. § 406(a) for time spent handling Plaintiff's case before the Social Security Administration, provided that the combined fees approved under 42 U.S.C. § 406(a) and § 406(b) does not exceed 25% of the past due benefits awarded to Plaintiff.

DATED: 12/4/19

*(This resolves Dkt. 20)*

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**